UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE VALENZUELA,<br><br>  Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SALVATION ARMY REHABILITATION, AKA THE ARC, et al.,<br><br>  Defendants. | Case No. 19-cv-03862-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

On November 22, 2019, the Court granted the parties' stipulated request to stay this case pending resolution of the underlying arbitration. ECF No. 18. The Court ordered the parties to file a joint status report within 14 days of completion of the arbitration process. ECF No. 19. As there had been no further docket activity, on March 3, 2020, the Court ordered the parties to file a joint status report by March 18, 2020. The Clerk also directed the parties to file a consent or declination to proceed before a magistrate judge by March 18. ECF No. 21. No response has been received.

Accordingly, the Court **ORDERS** Plaintiff Danelle Valenzuela to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 2, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be reassigned to a district judge with a recommendation that it be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 19, 2020

THOMAS S. HIXSON
United States Magistrate Judge